IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-280 |
| | ) | |
| VICTOR ALLEN | ) | |

ORDER

AND NOW, to wit, this 7th day of May, 2012, upon consideration of the foregoing Motion, it is hereby ORDERED that Counts Two through Five of the Information at No. 11-280 be and the same are hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney
 U.S. Marshal
 U.S. Probation